The People of the State of New York, Respondent,
against
Jerrell Williams, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Joanne B. Watters, J.), rendered October 13, 2017, convicting him, upon his plea of guilty, of driving while impaired by alcohol, and imposing sentence.




Per Curiam.
Judgment of conviction (Joanne B. Watters, J.), rendered October 13, 2017, affirmed.
The accusatory instrument was not jurisdictionally defective. Allegations that defendant was behind the steering wheel of a car with its motor running satisfied the operation element of the Vehicle and Traffic Law offense to which he pleaded guilty (see People v Alamo, 34 NY2d 453, 458-459 [1974]; People v Almanzar, 113 AD3d 527 [2014], lv denied 23 NY3d 1059 [2014]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 18, 2019